UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          CASE NO. 2:23-CR-20005-001

JOHNNY DERRELL FREEMAN                                          DEFENDANT

## ORDER

  The Court ADOPTS the report and recommendation (Doc. XX) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment.  The Defendant is hereby adjudged GUILTY of the offense.

  IT IS SO ORDERED this 9th day of February, 2024.

           /s/ P. K. Holmes III
           P.K. HOLMES III
           U.S. DISTRICT JUDGE